MAKLER & BAKER LLP
TERRY L. BAKER (SBN 214365)
226 E. Canon Perdido Street, Suite J
Santa Barbara, CA 93101
Tel: (805) 965-4651
Fax: (805) 965-4671

Attorneys for Plaintiff
JATINDER GILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATINDER GILL,<br><br>Plaintiff,<br><br>vs.<br><br>VENTURE OUT RV CENTERS, INC,<br><br>Defendants. | Case No: 1:07-CV-1781 AWI TAG<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON** |

It is hereby stipulated, by and between plaintiff, Jatinder Gill, and defendant, Venture Out RV Centers, Inc.., by and through their respective counsel of record, that the settlement conference currently scheduled for June 25, 2008, be continued to August 13, 2008, at 10:00 a.m. This stipulation is entered into because the plaintiff is currently, and will remain, in the country of India until the middle of July, and is unavailable on June 25, 2008.

///
///
///
///
///
///

1

STIPULATION FOR CONTINUANCE OF SETTLEMENT CONFERENCE AND ORDER THEREON

Dated: June 20, 2008            MAKLER & BAKER LLP

/s/ Terry L. Baker
TERRY L. BAKER
Attorneys for Plaintiff

Dated: June 20, 2008            ARRACHE, CLARK & POTTER

/s/ David B. Potter
DAVID B. POTTER
Attorney for Venture Out RV Centers, Inc.

## ORDER

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the settlement conference currently scheduled for June 25, 2008, be continued to August 13, 2008, at 10:00 a.m.

Dated: June 20, 2008

Hon. THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE