1  **MAKLER & BAKER LLP**
   TERRY L. BAKER (SBN 214365)
2  226 E. Canon Perdido Street, Suite J
   Santa Barbara, CA 93101
3  Tel:  (805) 965-4651
   Fax:  (805) 965-4671
4
   Attorneys for Plaintiff
5  JATINDER GILL

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 JATINDER GILL,                           Case No: 1:07-CV-1781 AWI TAG

12               Plaintiff,
                                            ▓▓▓▓▓▓▓ ORDER GRANTING
13 vs.                                      PLAINTIFF'S EX PARTE
                                            APPLICATION TO ALLOW
14 VENTURE OUT RV CENTERS, INC,             JULIANNA R. MAKLER TO ATTEND
                                            THE CONTINUE SETTLEMENT
15               Defendants.                CONFERENCE ON BEHALF OF
                                            PLAINTIFF
16

17      Plaintiff's ex Parte Application to Allow Julianna R. Makler to Attend the Continue

18 Settlement Conference on Behalf of Plaintiff was reviewed and considered by the Court.

19 Upon consideration of the moving papers filed in support of the application, and good

20 cause appearing, IT IS ORDERED:

21 1.   Julianna R. Makler shall be allowed to appear at the settlement conference on

22      September 23, 2008, on behalf of plaintiff. Terry L. Baker, plaintiff's lead

23      counsel, shall be *and remain* immediately available by telephone, *until the conference is adjourned by the Court*.

24 Dated: _9/22/2008_

25

26                                          _/s/ Theresa A. Goldner_

27                                          United States Magistrate Judge

28

---

Gill v. Venture Out RV Centers, Inc.           Oder Granting Ex Parte Application