1  David B. Potter, State Bar No. 85813
2  ARRACHE, CLARK & POTTER
   4800 Easton Drive, Suite 114
3  Bakersfield, CA 93309
   Telephone:  661/328-1800
4  Facsimile:  661/328-0380

5  Attorneys for Defendant,
   VENTURE OUT RV CENTERS, INC.

**FILED**

JUL 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATINDER S. GILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VENTURE OUT RV CENTERS, INC.,<br><br>　　　　Defendant. | Case No. 1:07-CV-01781-SMS<br><br>**VOLUNTARY DISMISSAL, WITH PREJUDICE, BY STIPULATION** AND ORDER<br>(PURSUANT TO LOCAL RULE 83-143(b))<br><br>JUDGE:　Judge Sandra M. Snyder<br>PLACE:　Courtroom 7 |

　　Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff, JATINDER S. GILL, and Defendant, VENTURE OUT RV CENTERS, INC., all of the parties to the above-captioned action, through their respective counsel, stipulate that the above-captioned action shall be dismissed, with prejudice.

DATED:  June 30, 2009　　　　　　　　MAKLER & BAKER LLP

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　JULIANNA R. MAKLER
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　JATINDER S. GILL

VOLUNTARY DISMISSAL, WITH
PREJUDICE, BY STIPULATION

1

By: *David B. Potter* (signature)
DAVID B. POTTER
Attorneys for Defendant,
VENTURE OUT RV CENTERS, INC.

**IT IS SO ORDERED.**

DATED: July 17, 2009

*Sandra M. Snyder* (signature)
SANDRA M. SNYDER,
UNITED STATES MAGISTRATE JUDGE